## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ALICIA ELIZABETH PENA CAVERO,   )
                                     )
        Petitioner,          )
                                     )
-vs-                            )     NO. CIV-26-0540-HE
                                     )
WARDEN DIAMONDBACK       )
CORRECTIONAL FACILITY, et al.,   )
                                     )
        Respondents.

## JUDGMENT

In accordance with the order entered this date, the petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is granted in part.

**IT IS SO ORDERED**.

Dated this 16th day of April, 2026.

_____

JOE HEATON

UNITED STATES DISTRICT JUDGE